```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA         )
                                 )   CRIMINAL NO.: 4:05CR40035-FDS
         v.                      )   VIOLATION:
                                 )   18 U.S.C. §1028(a)(5)
RICHARD BOTCHWAY,                )   (Unlawful possession of
    aka Ismaila Amoo,            )   document making implement)
    aka Senica Allen,            )
    aka Francisco Oni,           )
                                 )
         Defendant               )

## INDICTMENT

**COUNT ONE**:  18 U.S.C. §1028(a)(5) - (Unlawful possession of document-making implement)

The Grand Jury charges that:

On or about July 13, 2005, at Auburn, Massachusetts, in the District of Massachusetts,

**RICHARD BOTCHWAY, also known as:**

Ismaila Amoo, Senica Allen, and Francisco Oni, the defendant herein, did knowingly produce, transfer, and possess a document-making implement, to wit: an Eltron P310 Printer (serial no. E28048) with the intent such document-making implement will be used in the production of a false identification document and said production, transfer, and possession thereof affected interstate commerce.

All in violation of Title 18, United States Code, Section 1028(a)(5).

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____
John M. Hodgens, Jr.
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:                August 10, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
8/10/05 @ 2:18pm

2

◈JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: **Auburn**   Category No. **II**   Investigating Agency **ICE**

City **Auburn**   Related Case Information:

County **Worcester**   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Richard Botchway**   Juvenile ☐ Yes ☒ No

Alias Name **Ismaila Amoo a/k/a Senica Allen a/k/a Francisco Oni**

Address **515 Ferry Ave, Camden, New Jersey 08104**

Birth date (Year only): **1963**   SSN (last 4 #): _____   Sex **M**   Race: **B**   Nationality: **Ghana**

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **John M. Hodgens, Jr.**   Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: **July 14, 2005 - In ICE Custody**

☒ Already in Federal Custody as _____ in **ICE** _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _5/10/05_   Signature of AUSA: _John M. Hodgens_

◈JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Richard Botchway

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1028(a)(5) | Unlawful Possession of ID document making equipment | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**