≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

                              DISTRICT OF                        MA

|  |  |
|---|---|
| UNITED STATES<br><br>V.<br><br>RICHARD BOTCHWAY | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 05-40035-FDS |

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Gallagher | DEFENDANT'S ATTORNEY<br>Halpern |
|---|---|---|
| TRIAL DATE (S)<br>8/30/2005 | COURT REPORTER<br>10:32 A | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witnesses |
|  |  | 8/30/05 |  |  | Patrick Cummings |
|  |  | 8/30/05 |  |  | Sophia Adu |
|  |  | 8/30/05 |  |  | Sheila B. Wilson |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 8/30/05 | X | X | PN Driver's License, Ismaila Amoo |
| 2 |  | 8/30/05 | X | X | NJ Identification Document, Richard Botchway |
| 3 |  | 8/30/05 | X | X | PN Driver's License, Senica Allen |
| 4 |  | 8/30/05 | X | X | Blank Cards |
| 5 |  | 8/30/05 | X | X | Report by Forensic Document Lab, August 5, 2005 |
| 6 |  | 8/30/05 | X | X | Eltron Printer which was seized |
| 7 |  | 8/30/05 | X | X | Delaware Driver's License, Oni Francisco |
| 8 |  | 8/30/05 | X | X | Results of Search Warrant on Quantum Computer |
| 9 |  | 8/30/05 | X | X | Indictment |
| 10 |  | 8/30/05 | X | X | Application and Affidavit for Search Warrant |
| 11 |  | 8/30/05 | X | X | Warning as to rights |
|  | A | 8/30/05 | X | X | Picture of Tail Light on Car |
|  | B | 8/30/05 | X | X | Notice of Liability |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages