# Keith Halpern

Attorney at Law

4 Longfellow Place
37th Floor
Boston, Massachusetts 02114-2838

Tel: (617) 722-9952
Fax: (617) 742-5761
ksh@keithhalpern.com

September 26, 2005

FAX (508) 756-7120
John M. Hodgens, Jr.
Ass't U. S. Atty
Donohue Federal Building, Suite 206
595 Main Street
Worcester, MA  01608

Re:     United States v. Richard Botchway
        Criminal No. 05-CR40035-FDS

Dear Mr. Hodgens:

Following service of my discovery letter of September 19th, I received suggestions from an expert involved in statistical analysis in the area of racial profiling with respect to data that would be of value in conducting such an analysis in this case.  Accordingly, I am supplementing the discovery requests made in the September 19th letter as follows:

Any and all State Police documents and records pertaining to the period of January 1, 2004 through the date of this court's order,(i) for Trooper Pinkes; (ii) for the entire Holden barracks; and (iii) for the entire Sturbridge barracks, relating to:

a. all citations and records for traffic stops, including warnings;
b. all citations and records for traffic stops, including warnings, for any violation relating to a defective exterior light;
c. all records and documents showing the racial or ethnic background of the drivers of the foregoing citations and warnings, including the original records and any compilations or analyses thereof;
d. all records and documents showing whether the vehicles that were stopped and/or their occupants were searched and/or subjected to dog sniffing;
e. all records and documents showing the "hit rate" for searches and dog sniffs of vehicles and/or their occupants, (i.e., whether the search/sniff resulted in the discovery of contraband).

Thank you.

Yours very truly,
/s/ Keith Halpern
Keith Halpern