UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA      )
                              )
        v.                    )     CRIMINAL ACTION
                              )     NO. 05-40035-FDS
RICHARD BOTCHWAY,             )
        Defendant,            )
_____)
```

**ORDER OF EXCLUDABLE TIME**
October 17, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 17, 2005 (date of expiration of prior order of excludable time) through January 4, 2006 (date by which a hearing shall be held in connection with Mr. Botchway's discovery motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE