UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RICHARD BOTCHWAY ) | Criminal No. 05-CR40035-FDS |

**AFFIDAVIT OF COUNSEL
IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO SUBPOENA
MATERIALS FROM MASSACHUSETTS STATE POLICE**

I, Keith Halpern, attest:

1. I am counsel for the defendant Richard Botchway in the above-entitled action.

2. Provided as Exhibit A hereto is a subpoena suitable for issuance by the court as sought by the defendant.

3. Provided as Exhibit B hereto is a copy of the Massachusetts Racial and Gender Profiling Final Report issued by Northeastern University's Institute on Race and Justice in May 2004.

4. Provided as Exhibit C hereto are copies of the following documents from the case of United States of America v. Jose Otero, Crim. No. 04-40030 (D. Mass.):

    a. Ex Parte Motion for Production of Massachusetts Registry of Motor Vehicle Documents;

    b. Ex Parte Motion to Reconsider (with "allowed" endorsement of Magistrate Swartwood);

    c. Affidavit of Counsel in Support of Ex Parte Motion for Reconsideration;

    d. Order re Registry of Motor Vehicles issued by Magistrate Swartwood.

Signed under the penalties of perjury this 2nd day of December 2005.

                                                Keith Halpern, BBO# 545282
                                                4 Longfellow Place, 37th Floor
                                                Boston, MA 02114
                                                (617) 694-9974

Certificate of Service

I hereby certify that I have this date served the above by causing a true copy thereof to be mailed by first class postage prepaid mail to all counsel of record.

Dated: 12/2/05                              Keith Halpern:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CLERK'S NOTICE


This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.