UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RICHARD BOTCHWAY, )<br>    Defendant, )<br>_____) | **CRIMINAL ACTION**<br>**NO. 05-40035-FDS** |

<u>ORDER OF EXCLUDABLE TIME</u>
**January 20, 2006**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 4, 2006 (date of expiration of prior order of excludable time) through February 7, 2006 (date by discovery should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE