UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) )  ) v. ) ) RICHARD BOTCHWAY, ) Defendant, ) ) | CRIMINAL ACTION NO. 05-40035-FDS |

ORDER OF EXCLUDABLE TIME
February 22, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982), that the period from February 7, 2006 to and including March 31, 2006 shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE