

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*                *United States Courthouse, Suite 9200*
                                                *1 Courthouse Way*
                                                *Boston, Massachusetts  02210*

April 28, 2006

BY U.S. MAIL
Keith Halpern, Esq.
4 Longfellow Place
37th Floor
Boston, MA 02114

    Re:  United States v. Richard Botchway
         Criminal No. 05-40035-FDS

Dear Mr. Halpern:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government provides the following additional automatic discovery in the above-referenced case:

    Enclosed is a photocopy of the two-page *cv* of Joan DeMartino.  Ms. DeMartino will testify in accordance with her report which has been provided to you.

    Also enclosed is a photocopy of certified documents regarding Defendant's prior convictions.  Please call the undersigned at 508 368-0105, if you have questions.

                             Very truly yours,

                             MICHAEL J. SULLIVAN
                             United States Attorney

                  By:  /s/David Hennessy
                      David Hennessy
                      Assistant U.S. Attorney

Enclosures

cc:  Martin Castles (w/o enclosures)
     Clerk to the Honorable F. Dennis Saylor, IV