Motion Hearing on 5/17/06

AO 187A (REV. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. Botchway    CASE NO. 05-40035

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/17/06 | ✓ | ✓ | Incident Report 7/14/05 |
| 2 | | " | ✓ | ✓ | Daily Log Mass. State Police 7/14/05 |
| 3 | | " | ✓ | ✓ | Citation issued 7/14/05 |
| 4 | | " | ✓ | ✓ | Contract/Application |
| 5 | | " | ✓ | ✓ | Notice of Liability |

Page _____ of _____ Pages