Motion Hearing on 5/17/06

CASE NO: (CIVIL) (CRIMINAL) 05-40035

TITLE: USA vs Botchway

## JURY PANEL

(1. _____    (7. _____
(2. _____    (8. _____
(3. _____    (9. _____
(4. _____    (10. _____
(5. _____    (11. _____
(6. _____    (12. _____

_____    _____
     Alternate # 1                  Alternate # 2

_____    _____
     Alternate # 3                  Alternate # 4

(PLTFF) (GOV'T)    WITNESSES        DEFENDANT

1. William Pinkes  5/17/06    1. _____
2. Sofia Adu       5/17/06    2. _____
3. Richard Botchway 5/17/06   3. _____
4. _____    4. _____
5. _____    5. _____
6. _____    6. _____
7. _____    7. _____
8. _____    8. _____
9. _____    9. _____
10. _____    10. _____
11. _____    11. _____
12. _____    12. _____
13. _____    13. _____
14. _____