UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA )**
                                                    **)**
            **v.**                                  **)**        **Criminal No. 05-40035-FDS**
**RICHARD BOTCHWAY,**                               **)**
            **Defendant**                           **)**

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-caption case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Saylor, J.)  June 8, 2006 Memorandum and Order on Motion to Suppress which granted the defendant Richard Botchway's motion to suppress physical evidence and related statements (docketed on June 8, 2006).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                        By:     /s/ David H. Hennessey
                                David H.Hennessey
                                Assistant U.S. Attorney

                        Certificate of Service

        I hereby certify that on July 6, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ David H. Hennessey
                                        David H.Hennessey
                                        Assistant U.S. Attorney