UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05CR40035

United States of America

v.

Richard Botchway

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-40

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/6/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 7/7/06 .

Sarah A Thornton, Clerk of Court

By:    Sherry Jones
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7-11-06   .

_____JC_____
Deputy Clerk, US Court of Appeals

RECEIVED JUL 10 2006 By: U.S. Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   06-2045

**RETURN TO:  US DISTRICT COURT**
**595 MAIN STREET, SUITE 502**
**WORCESTER, MA 01608**

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06