# United States Court of Appeals
## For the First Circuit

05-40035
Massachusetts (w)
F. D. Saylor IV

No. 06-2045

UNITED STATES

Appellant

v.

RICHARD BOTCHWAY, a/k/a Ismaila Amoo, a/k/a Senica Allen,
a/k/a Francisco Oni

Defendant - Appellee

**JUDGMENT**

Entered: August 15, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calardo
Deputy Clerk

Date: 8.15.06

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER
By: _____
Appeals Attorney

[cc: Richard Botchway, Richard B. Klibaner, Esq., David H. Hennessy, AUSA, Dina Michael Chaitowitz, AUSA]