UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>RICHARD BOTCHWAY,        )<br>   a/k/a Ismaila Amoo,    )<br>   a/k/a Senica Allen, and  )<br>   a/k/a Francisco Oni,    )<br>)<br>Defendant.    ) | Criminal No. 05-40035-FDS |

### DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), the Acting United States Attorney for the District of Massachusetts, Michael K. Loucks, hereby dismisses the one-count Indictment in the above-captioned case, which charges the Defendant with Unlawful possession of a document-making implement, in violation of 18 U.S.C. §1028(a)(5). In support of this dismissal, the government states that in light of the government's decision not to appeal the grant of the motion to suppress evidence and statements, and after review, dismissal of the Indictment is in the interests of justice.

Respectfully submitted,

_____  9/11/6
MICHAEL K. LOUCKS
Acting United States Attorney

By: _____
LAURA J. KAPLAN, Chief
Violent & Organized Crime Section

_____
David Hennessy
Assistant U.S. Attorney